IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANIS NOELLE,

        Plaintiff,

vs.

WALMART, INC. a corporation,
DOES I-V and ROES CORPORATIONS
VI-X, inclusive

        Defendants.

8:24CV451

ORDER

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    SO ORDERED.

    Dated: January 2, 2025

BY THE COURT:

Brian C. Buescher
United States District Judge