IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANIS NOELLE, an individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>WALMART, INC., a corporation;  DOES I-V, and  ROES CORPORATIONS VI-X, inclusive;<br><br>  Defendants. | **8:24CV451**<br><br><br>**ORDER** |

This matter comes before the Court on Plaintiff's Motion to Dismiss Doe and Roe Defendants without Prejudice (Filing No. 50).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants Does I-V and Roes Corporations VI-X be dismissed without prejudice.

Dated this 18th day of May, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge