# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JANIS NOELLE, an individual,** | |
| **Plaintiff,** | **8:24CV451** |
| **vs.** | **ORDER** |
| **WALMART, INC., a corporation; ,** | |
| **Defendant.** | |

Pursuant to the notice regarding outcome of mediation (Filing No. 59) filed by the plaintiff,

**IT IS ORDERED:**

1.  On or before **September 10, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 10th day of June, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge